DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RENEE ROSENBLIT, State Bar #304983
RYAN STEVENS, State Bar #306409
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853 (Rosenblit)
               (415) 554-3975 (Stevens)
Facsimile:     (415) 554-3837
E-Mail:        Renee.Rosenblit@sfcityatty.org
               Ryan.Stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GIOSSO, JAMES GIOSSO, AND RICHARD GIOSSO, TRUSTEES OF THE GIOSSO CHILDREN'S TRUST; MIKE O'NEILL AND SONS, A CALIFORNIA GENERAL PARTNERSHIP,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY & COUNTY OF SAN FRANCISCO, a municipal entity, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 20:cv-04255 JST<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL |

Plaintiffs DANIEL GIOSSO, JAMES GIOSSO, AND RICHARD GIOSSO, TRUSTEES OF

THE GIOSSO CHILDREN'S TRUST; MIKE O'NEILL AND SONS, A CALIFORNIA GENERAL

PARTNERSHIP and Defendant CITY AND COUNTY OF SAN FRANCISCO, by and through their

respective counsel, hereby stipulate as follows:

Plaintiffs voluntarily dismiss this action in its entirety without prejudice pursuant to Rule 41(a)

Stipulation and Order for Voluntary Dismissal    1    n:\lit\li2020\210027\01482880.docx
Case No..  20-cv-04255-JST

of the Federal Rules of Civil Procedure. The parties shall each bear their own fees and costs.

Dated:  October 2, 2020

                            DOWLING & MARQUEZ


                            By:*/s/ Curtis Dowling*
                                CURTIS F. DOWLING

                                Attorneys for Plaintiffs


Dated:  October 1, 2020

                                DENNIS J. HERRERA
                                City Attorney
                                MEREDITH B. OSBORN
                                Chief Trial Deputy
                                RYAN STEVENS
                                Deputy City Attorney


                            By:*/s/ Ryan Stevens*
                                RYAN STEVENS

                                Attorneys for Defendant(s)
                                CITY AND COUNTY OF SAN FRANCISCO


**ORDER**

**IT IS SO ORDERED**: The above captioned case and Defendant CITY AND COUNTY OF SAN FRANCISCO shall be dismissed from this case without prejudice.


DATED: _____, 2020      _____
                                                 JON S. TIGAR
                                                 Judge of the United States District Court